E-FILED
Thursday, 20 January, 2011 03:37:18 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 10-CV-3151 |
| ) | |
| TIMOTHY J. BRYANT, ASHLEY M. ) | |
| HUMBERD and CITY OF LINCOLN, ) | |
| ) | |
| Defendants. ) | |

BEFORE U.S. MAGISTRATE JUDGE BYRON G. CUDMORE:

REPORT AND RECOMMENDATION

A Motion to Enter Judgment (d/e 12) was filed December 6, 2010. A review of the record herein reveals that a Complaint was filed on June 25, 2010 (d/e 1) against Timothy J. Bryant, Ashley M. Humberd, and City of Lincoln. On July 20, 2010, a Waiver of Service signed on behalf of Defendant City of Lincoln was filed (d/e 6), on July 27, 2010 a Waiver of Service signed by Defendant Ashley M. Humberd was filed (d/e 7), and on October 20, 2010 a return of service on Defendant Timothy J. Bryant was filed (d/e 8).

No pleadings have been filed by any Defendant and default was entered against all Defendants on November 22, 2010 (d/e 10).

The Motion to Enter Judgment (d/e 12) was scheduled for hearing before the undersigned on January 20, 2011, at 2:00 p.m. Notice of Hearing (d/e 13) was sent by Plaintiff to all Defendants. Defendants have not responded to the motion and have not appeared at the hearing.

The Court has reviewed the motion as amended in open court on January 20, 2011, the supporting affidavits, the file herein, and now RECOMMENDS pursuant to authority conferred under 28 U.S.C. § 636(b)(1)(B) that the Motion to Enter Judgment (d/e 12), as amended, be allowed and a Default Judgment of Foreclosure, consistent with "Exhibit C" attached to Plaintiff's Motion (d/e 12), be entered herein.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within fourteen days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986). See Local Rule 72.2.

ENTER: January 20, 2011

_____s/ Byron G. Cudmore_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE