E-FILED
Tuesday, 15 February, 2011 02:41:51 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-3151 |
| | ) | |
| TIMOTHY J. BRYANT, ASHLEY M. | ) | |
| HUMBERD and CITY OF LINCOLN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

A Report and Recommendation was filed by U.S. Magistrate Judge Byron G. Cudmore in the above cause on January 20, 2011. See d/e 15. More than fourteen (14) days have passed since the filing of the Report and Recommendation and there have been no objections. See 28 U.S.C. § 636(b)(1). The Report and Recommendation is, therefore, accepted by the Court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (d/e 15) is ACCEPTED by this Court;

1

(2) Plaintiff's Motion to Enter Judgment (d/e 12), as amended, is ALLOWED;

(3) Default Judgment of Foreclosure, as set forth in Plaintiff's Motion to Enter Judgment at "Exhibit C", is ENTERED.

This case is TERMINATED.

ENTERED this __15th___ day of February, 2011

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE